1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL KRIPKE,<br><br>                Plaintiff,<br><br>    v.<br><br>SAFEWAY, INC. AND TEVA PHARMACEUTICALS USA, INC.,<br><br>                Defendants. | Case No. 3:18-cv-2808-WHO<br>Pleading Type: Class Action<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REMAND**<br><br>Judge: The Honorable William H. Orrick<br>Hearing Date: June 27, 2018<br>Time: 2:00 p.m.<br>Location: Courtroom 2 |

1  Having fully considered Plaintiff's Motion to Remand the above-entitled action, and for good
2  cause shown, Plaintiff's Motion is GRANTED, and this action is hereby remanded to the Superior
3  Court for the County of San Francisco. Defendants' other pending motions are denied as moot.

4

5  **IT IS SO ORDERED.**

6

7  DATED: _____

8                                                                                                                                                                        _____
9                                                         The Honorable William H. Orrick
                                                          United States District Judge

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28